IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  FERNANDO PINA-RODRIGUEZ**;
2.  CARLOS RODRIGUEZ-CORONEL; and
3.  URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

---

**ORDER GRANTING MOTION TO EXTEND
DEADLINE AND HEARING DATE**

---

    Defendant Pina-Rodriguez' Unopposed Motion to Extend Deadline and Hearing Date (Dkt. # 60) is GRANTED.  The parties shall have until **5:00 p.m. March 6, 2006** to file written positions on the issue of conducting a *Gaines* hearing.  It is

    FURTHER ORDERED that the status conference/*Gaines* hearing set for February 13, 2006 is CONTINUED to **March 13, 2005 at 11:00 a.m.**

    DATED: January 20, 2006

                                                  BY THE COURT:

                                                 *s/ Phillip S. Figa*
                                                 _____
                                                 Phillip S. Figa
                                                 United States District Judge