IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. FERNANDO PINA-RODRIGUEZ**;
2. CARLOS RODRIGUEZ-CORONEL; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

---

**ORDER GRANTING SECOND MOTION TO EXTEND
DEADLINE AND HEARING DATE**

---

Defendant Pina-Rodriguez' Second Unopposed Motion to Extend *Gaines* Deadline and Hearing Date (Dkt. # 69) is GRANTED. The parties shall have until **5:00 p.m. April 7, 2006** to file written positions on the issue of conducting a *Gaines* hearing. It is

FURTHER ORDERED that the status conference/*Gaines* hearing set for March 13, 2006 is CONTINUED to **March 14, 2005 at 10:00 a.m.**

    DATED: February 28, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge