IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  FERNANDO PINA-RODRIGUEZ**;
2.  CARLOS RODRIGUEZ-CORONEL; and
3.  URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

---

## AMENDED ORDER GRANTING SECOND MOTION TO EXTEND DEADLINE AND HEARING DATE

---

This Court's Order Granting Defendant Pina-Rodriguez' Second Unopposed Motion to Extend *Gaines* Deadline and Hearing Date (Dkt. # 69) is AMENDED to CONTINUE the status conference/*Gaines* hearing set for March 13, 2006 to **April 14, 2005 at 10:00 a.m.**

    DATED: March 1, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge