IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  **FERNANDO PINA-RODRIGUEZ**;
2.  CARLOS RODRIGUEZ-CORONEL; and
3.  URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

      Defendants.

---

## ORDER EXTENDING DEFENDANTS' MOTIONS DEADLINE

---

Defendant Fernando Pina-Rodriguez's Motion for Extension of Time to File Notice of Disposition and or Motions (Dkt. # 105) is GRANTED.  Defendant Pina-Rodriguez shall have to and including July 21, 2006 within which to file motions or a notice of disposition.  The government's responses to such motions shall be due July 28, 2005.

      DATED: July 10, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge