IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERNANDO PINA-RODRIGUEZ;
2. CARLOS RODRIGUEZ-CORONEL; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a "Uriel D. Velasco-Barragan,

    Defendants.

## ORDER TO VACATE MOTIONS HEARING

This matter is before the Court on Defendant Uriel Velasco-Gonzalez's Unopposed Motion to Vacate Motions Hearing (Dkt. # 106). The Court having read the motion and in light of the facts set forth in said motion, it is hereby

ORDERED that the motions hearing currently set for July 21, 2006 at 1:30 p.m. is VACATED as to all defendants.

DATED: July 10, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge