IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. FERNANDO PINA-RODRIGUEZ**;
2. CARLOS RODRIGUEZ-CORONEL; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan,

    Defendants.

---

## ORDER EXTENDING DEFENDANTS' MOTIONS DEADLINE

    Defendant Fernando Pina-Rodriguez's Motion to File Notice of Disposition or Motions Out of Time (Dkt. # 111) is GRANTED. Defendant Pina-Rodriguez shall have to and including August 25, 2006 within which to file motions or a notice of disposition. The government's responses to such motions shall be due September 1, 2006.

    DATED: July 27, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge