IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. FERNANDO PINA-RODRIGUEZ**;
2. CARLOS RODRIGUEZ-CORONEL; and
3. URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan,

    Defendants.

## ORDER EXTENDING DEFENDANTS' MOTIONS DEADLINE

Defendant Fernando Pina-Rodriguez's Motion for Extension of Time to File Notice of Disposition and or Motions (Dkt. # 119) is GRANTED. Defendant Pina-Rodriguez shall have to and including September 5, 2006 within which to file motions or a notice of disposition. The government's responses to any motions shall be due September 12, 2006.

    DATED: August 29, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge