IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **FERNANDO PINA-RODRIGUEZ;**
2. CARLOS RODRIGUEZ-CORONEL; and
3. **URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan,**

    Defendants.

## ORDER AND NOTICE OF HEARING

IT IS ORDERED that a motions hearing will be held on **Friday, September 15, 2006, at 2:00 p.m.** in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado.

The parties shall be prepared to address the following motions:

| | |
|---|---|
| Dkt. # 37 | Pina-Rodriguez's Motion to Identify and Determine Admissibility of Co-Conspirators' Statements. |
| Dkt. # 38 | Pina-Rodriguez' Motion for Disclosure of 404(b) Evidence. |
| Dkt. # 39 | Pina-Rodriguez's Motion for Discovery. |
| Dkt. # 40 | Pina-Rodriguez' Motion for Disclosure. |
| Dkt. # 42 | Pina-Rodriguez' Motion to Sever Defendant. |

The parties shall also be prepared to address any additional motions filed by Defendant Pina-Rodriguez, which are currently due September 5, 2006; responses due September 12, 2006.  It is

FURTHER ORDERED that , if appropriate, the parties shall be prepared to set this matter for a final trial preparation conference and a jury trial at the conclusion of the motions hearing.

DATED: September 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge