IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00438-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  FERNANDO PINA-RODRIGUEZ;**
2.  CARLOS RODRIGUEZ-CORONEL; and
**3.  URIEL D. VELASCO-GONZALEZ, a/k/a Uriel D. Velasco-Barragan**,

      Defendants.

---

## ORDER REGARDING MOTIONS HEARING

---

      This matter is before the Court on Defendant Fernando Pina-Rodriguez's counsel's Motion To Withdraw (Dkt. # 123).  The Court hereby ORDERS that the motions hearing currently set for September 15, 2006 at 2:00 p.m. is CONVERTED to a hearing on defense counsel's motion to withdraw.  Defendant Pina-Rodriguez and Ms. Castle shall both be present in person.

      The Court notes that the motions hearing originally included Defendant Uriel D. Velasco-Gonzalez.  In light of the fact that there are currently no outstanding motions involving Defendant Velasco-Gonzales, it is not necessary for that defendant to be present at the September 15, 2006 hearing.

      DATED:  September 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge